**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                  NO. 4:08CR00063-04 JLH

PATRICK JONES                                                       DEFENDANT

<u>**ORDER**</u>

The Court directs the probation officer to excuse Patrick Jones from the obligation to work regularly at a lawful occupation during the time that he is enrolled as a full-time student.

IT IS SO ORDERED this 31st day of August, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE